**DENY; and Opinion Filed August 11, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01034-CV

### IN RE CHELSEA DAVIS, Relator

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-19281**

## MEMORANDUM OPINION

Before Justices Moseley, Fillmore, and Evans
Opinion by Justice Fillmore

The Court has before it relator's petition for writ of mandamus complaining of the trial court's July 28, 2014 "Order Regarding Plaintiff's Non-suit." The facts and the issues are known to the parties and we do not recite them herein. We conclude relator's petition does not satisfy the requirements of Texas Rule of Appellate Procedure 52 because it does certify that relator has reviewed the petition and concluded that every factual statement in the petition is supported by competent evidence included in the appendix or record. *See* TEX. R. APP. P. 52.3(j). Accordingly, we deny relator's petition for writ of mandamus.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

141034F.P05